IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN L. RAY,<br>　Plaintiff | : | Civil No. 3:19-cv-0994 |
| | : | |
| | : | (Judge Mariani) |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS,<br>NORTHEAST REGION<br>　Defendant | :<br>:<br>: | |

## ORDER

**AND NOW, this 20th day of May, 2020**, upon consideration of Plaintiff's emergency motion to compel (Doc. 49), and in accordance with the Memorandum issued this same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's emergency motion to compel (Doc. 49) is **CONSTRUED** as a motion to seal.

2. Plaintiff's motion to seal (Doc. 49) is **DENIED**.

3. Plaintiff's motion for compel (Doc. 50) is **DENIED** as moot.

　　　　　　　　　　　　　　　　　　　　　　 s/ *Robert D. Mariani*
　　　　　　　　　　　　　　　　　　　　　　Robert D. Mariani
　　　　　　　　　　　　　　　　　　　　　　United States District Judge